

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 24, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
Western District of Texas
Austin Division**

IN RE: **Christopher J. Carwile and Stacy Schmitt Carwile** , Debtor(s)      Case No.: 11−12616−tmd

**ORDER DENYING PAYMENT
OF A DIVIDEND UNCLAIMED FUNDS**

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:     Stacy Schmitt Carwile
    ADDRESS:     12443 Tech Ridge Blvd #722
                        Austin, TX 78753

Claimant, for payment of a dividend from unclaimed funds in the amount of $0.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
        Date funds were paid:
        Per court order signed:
        Schedule Number:
        Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☒ 4. Other: NO APPLICATION FORM SENT WITH REQUEST. STACY CARWILE CAN ONLY CLAIM HALF THE

AMOUNT ON DEPOSIT, $519.24. SPOKE WITH MS CARWILE RELAYED ABOVE INFO. MUST FILE A NEW APPLICATION WITH CORRECT AMOUNT AND CORRECT FORMS.

###

United States Bankruptcy Court
Western District of Texas

In re:  
Christopher J. Carwile  
Stacy Schmitt Carwile  
       Debtors

Case No. 11-12616-tmd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-1      User: miillers     Page 1 of 1     Date Rcvd: Jun 24, 2014  
                     Form ID: pdfintp    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2014.  
db        Christopher J. Carwile,    12433 Tech Ridge Blvd., Apt. 722,    Austin, TX   78753  
db       +Stacy Schmitt Carwile,    12443 Tech Ridge Blvd., Apt. 722,    Austin, TX 78753-3395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2014 at the address(es) listed below:  
         Deborah B. Langehennig    mschoppe@ch13austin.com, courtdownloads@ch13austin.com  
         Shawn Carter     on behalf of Creditor    Wells Fargo Bank, NA wdecf@BDFGROUP.com  
         Steve Turner     on behalf of Creditor    Wells Fargo Bank, NA wdecf@BDFGROUP.com,  
          marshak@BDFGroup.com  
         United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
         W. Michael Murray    on behalf of Debtor Christopher J. Carwile wmm@wmmurraylaw.com,  
          melissal@wmmurraylaw.com;jennifer@wmmurraylaw.com  
         W. Michael Murray    on behalf of Debtor Stacy Schmitt Carwile wmm@wmmurraylaw.com,  
          melissal@wmmurraylaw.com;jennifer@wmmurraylaw.com  
                                                                      TOTAL: 6